COM.

v.

HALL, M.

**326 WDA 2016**

Superior Court of Pennsylvania.

03/13/2017

Reargument Denied 5/24/2017

CP–25–CR–0000864–2015

(Erie)

Affirmed

COM.

v.

COURTLEY, C.

**1218 WDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–02–SA–0001154–2016

(Allegheny)

Vacated/Remanded

COM.

v.

UPHOLD, R.

**542 WDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–30–CR–0000224–2015 (Greene)

Affirmed

COM.

v.

ARLOTT, J.

**1999 WDA 2015**

Superior Court of Pennsylvania.

03/14/2017

CP–04–CR–0001126–2012

(Beaver)

Affirmed/Vacated/Remanded